IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY ANN ALEXANDER,<br>**Administratrix of the Estate of Karen Ann Houpt, Deceased,**<br>*Plaintiff*<br><br>v.<br><br>**FAIR ACRES GERIATRIC CENTER** *et al.*,<br>*Defendants* | CIVIL ACTION<br><br><br><br><br><br>No. 20-2550 |

## ORDER

AND NOW, this 22nd day of June, 2023, upon consideration of Defendant Delaware County d/b/a Fair Acres Geriatric Center's Motion for Summary Judgment (Doc. No. 49), Plaintiff Bethany Ann Alexander's Response in Opposition to the Motion for Summary Judgment (Doc. No. 51), Fair Acres' Reply Brief to Ms. Alexander's Response in Opposition to the Motion for Summary Judgment (Doc. No. 53), Ms. Alexander's Surreply Brief in Opposition to the Reply in Support of the Motion for Summary Judgment (Doc. No. 55), Ms. Alexander's Supplemental Brief in Opposition to the Motion for Summary Judgment (Doc. No. 96), and Fair Acres' Supplemental Brief in Support of Motion for Summary Judgment (Doc. No. 97), it is hereby **ORDERED** that Fair Acres' Motion for Summary Judgment (Doc. No. 49) is **DENIED IN PART** and **GRANTED IN PART** as set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE